Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. PHŒBE DICKINSON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES DICKINSON, v. KEE LOX MANUFACTURING COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.